IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Michael A. Damico and Hedy Damico a/k/a Hedy Altschuler,<br>     Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>19-16261/AMC |
| Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F,<br>     Movant,<br>v.<br>Michael A. Damico and Hedy Damico a/k/a Hedy Altschuler,<br>     Debtors,<br>and<br>William C. Miller, Trustee,<br>     Additional Respondent. | |

## CERTIFICATION OF DEFAULT

Kristen D. Little, Esquire, Attorney for Movant, certifies that Debtors have defaulted upon the terms of this Court's Stipulation and Order dated July 9, 2020. It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtors and Debtors' Attorney on November 5, 2020. The Debtors have failed to cure the default as set forth in the Notice. The Debtors have failed to make the following payments:

| | |
|---|---:|
| Regular payments of $1,341.82 from August 1, 2020 through November 1, 2020 | $5,367.28; |
| Attorney Fees associated with this default | $300.00 |
| Less Debtor's Suspense | $(2.52) |
| **TOTAL DEFAULT** | **$5,664.76** |

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

Respectfully submitted,

/s/ Kristen D. Little
Dated: November 25, 2020              BY:_____
Kristen D. Little, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809
S&D File #:18-060945                  PA BAR ID #79992
klittle@logs.com
pabk@logs.com