UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|    Michael & Hedy Damico | : |
| | : |
|    Debtor s | :    No.: 19-16261AMC |

OBJECTION TO CERTIFICATION OF CARRINGTON MORTGAGE
SERVICES, LLC et al

    COMES NOW, Debtor, Michael & Hedy Damico, hereinafter referred to as "Debtors," by and through their undersigned Counsel, Brad J. Sadek, Esquire, and in response to the Certification of Default by Carrington Mortgage Services, LLC "Movant", and hereby Objects and avers the following:

1. Denied. By way of further response, if Debtors are behind they intend to immediately become current on any amount owed pertaining to the stipulation of the Motion for Relief, prior to a hearing on the Certification of Default.

    WHEREFORE, based on the aforementioned, Movant shall be denied an Order granting Relief of the Automatic Stay under Bankruptcy Code Section 362

                                            Respectfully submitted,

Dated: December 4, 2020                            _____

                                            /s/ Brad J. Sadek, Esq.
                                            Attorney for the Debtor
                                            Sadek & Cooper
                                            1315 Walnut Street, #502
                                            Philadelphia, PA 19107
                                            (215) 545-0008

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|     Wanda Arjona-Perez | : |
| | : |
|     Debtor s | :    No.: 18-12382MDC |

## **ORDER**

    AND NOW, this _____ day of _____, 2019, it is hereby ORDERED and DECREED that the Movant's Motion for Relief from Automatic Stay under Bankruptcy Code Section 362(a) is DENIED

FURTHER ORDERED:

_____
Chief Judge Magdeline D. Coleman

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|     Wanda Arjona-Perez | : |
| | : |
|     Debtor s | :    No.: 18-12382MDC |

### CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Objection to the Certification of Default of Stipulation by electronic or Regular U.S. Mail on all creditors and the following parties:

**William C. Miller**
Chapter 13 Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106

**Peter E. Meltzer, Esquire**
2000 Market Street, 13th Floor Philadelphia, PA 19103
Electronic Notice

Dated: December 4, 2020                  /s/Brad J. Sadek, Esq
                                                                                     Brad J. Sadek, Esq.
                                                                                      Attorney for Debtor
                                                                                      1315 Walnut Street
                                                                                      Suite #502
                                                                                      Philadelphia, PA 19107